| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: WESTERN DISTRICT OF ARKANSAS | |
| Case number *(if known)* _____  Chapter  **11** | |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Legacy Hospitality Group, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Legacy Grill** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2275548** |
| 4. | **Debtor's address** | **Principal place of business** **407 N. 8th St.** **Fort Smith, AR 72901** Number, Street, City, State & ZIP Code  **Sebastian** County | **Mailing address, if different from principal place of business** **PO Box 2550** **Fort Smith, AR 72902** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** **407 N 8th St. Fort Smith, AR 72901** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **Legacy Hospitality Group, LLC**              Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor  **Legacy Hospitality Group, LLC**　　　　　　　　Case number (*if known*)　_____
　　　　　Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard?　_____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other　_____

  **Where is the property?**　_____
  　　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.   Insurance agency　_____
  　　　　　　Contact name　_____
  　　　　　　Phone　_____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Legacy Hospitality Group, LLC**      Case number (*if known*) _____
    Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 20, 2018**
               MM / DD / YYYY

**X**   **/s/ Khris Kendall**            **Khris Kendall**
Signature of authorized representative of debtor     Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X**   **/s/ Stanley V. Bond**          Date **August 20, 2018**
Signature of attorney for debtor                     MM / DD / YYYY

**Stanley V. Bond 93034**
Printed name

**Bond Law Office**
Firm name

**525 S. School Ave.**
**Suite 100**
**Fayetteville, AR 72701**
Number, Street, City, State & ZIP Code

Contact phone   **479-444-0255**     Email address   **attybond@me.com**

**93034 AR**
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

Fill in this information to identify the case:

Debtor name: **Legacy Hospitality Group, LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF ARKANSAS**
Case number (if known):

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| AR Dept of Workforce Services<br>PO Box 2981<br>Little Rock, AR 72203-2981 | | | | | | $2,026.63 |
| City of Fort Smith<br>PO Box 1907<br>Fort Smith, AR 72902 | | Liquor tax | | | | $10,000.00 |
| Doug and Melissa Schoenfeld<br>1800 Lee Creek Circle<br>Van Buren, AR 72956 | | | | | | $60,000.00 |
| ECOLAB<br>26252 Network Pl<br>Chicago, IL 60673-1262 | | | | | | $768.25 |
| First National Bank<br>PO Box 7<br>Fort Smith, AR 72902 | | Point of sales system | | $11,679.39 | $0.00 | $11,679.39 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $14,000.00 |
| Ronald W Rouse, Trustee<br>9422 Rogers Ave<br>Fort Smith, AR 72903 | | | | | | $65,000.00 |
| SGC Foodservice<br>2415 W Battlefield St<br>Springfield, MO 65807 | | | | | | $25,249.91 |

Debtor **Legacy Hospitality Group, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Linen & Uniform**<br>**PO Bo 458**<br>**Bartlesville, OK 74005-0458** | | | | | | $750.00 |
| **Wellen Capital, LLC Gibralter**<br>**600 W Jackson Blvd, Ste 750**<br>**Chicago, IL 60661** | | | | | | $102,000.00 |

```
AR Dept of Finance & Admin
PO Box 1272
Room 2380
Little Rock, AR 72203-1272


AR Dept of Workforce Services
PO Box 2981
Little Rock, AR 72203-2981


Blaylock Heating and Air
1900 N O St
Fort Smith, AR 72901


City of Fort Smith
PO Box 1907
Fort Smith, AR 72902


Doug and Melissa Schoenfeld
1800 Lee Creek Circle
Van Buren, AR 72956


ECOLAB
26252 Network Pl
Chicago, IL 60673-1262


First National Bank
PO Box 7
Fort Smith, AR 72902


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Khris Kendall
1515 S 36th Street
Fort Smith, AR 72903


Mike Hill
3105 Park Ave
Fort Smith, AR 72903


Pamco Enterprises, Inc.
c/o Kevin Hickey
502 Garrison Ave
Fort Smith, AR 72901
```

Robert Honea  
PO Box 10127  
Fort Smith, AR 72917-0127

Ronald W Rouse, Trustee  
9422 Rogers Ave  
Fort Smith, AR 72903

Sebastian Co. Tax Collector  
PO Box 1358  
Fort Smith, AR 72902-1358

SGC Foodservice  
2415 W Battlefield St  
Springfield, MO 65807

United Linen & Uniform  
PO Bo 458  
Bartlesville, OK 74005-0458

Universal Fire Equipment  
207 South 3rd St  
Van Buren, AR 72956

Wellen Capital, LLC Gibralter  
600 W Jackson Blvd, Ste 750  
Chicago, IL 60661

# United States Bankruptcy Court
## Western District of Arkansas

In re: **Legacy Hospitality Group, LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Legacy Hospitality Group, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Khris Kendall**
**1515 S 36th Street**
**Fort Smith, AR 72903**

**Mike Hill**
**3105 Park Ave**
**Fort Smith, AR 72903**

☐ None [*Check if applicable*]

**August 20, 2018**
Date

**/s/ Stanley V. Bond**
**Stanley V. Bond 93034**
Signature of Attorney or Litigant
Counsel for **Legacy Hospitality Group, LLC**
**Bond Law Office**
**525 S. School Ave.**
**Suite 100**
**Fayetteville, AR 72701**
**479-444-0255 Fax:479-235-2827**
**attybond@me.com**